In the Matter of the Claim of Tony Raffa, Respondent, against Mt. Vernon Construction Company et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of the Application of Paul P. Sullivan for Reinstatement as an Attorney.—

All concur.

Fay Shalita, Plaintiff, v. American Motorists Insurance Company, Defendant.—

All concur.

In the Matter of Marie Toyos, Petitioner, against Henry E. Bruckman et al., Constituting the New York State Liquor Authority, Respondents.—

All concur.

In the Matter of the Claim of John S. Wood, Respondent, against Kings Park State Hospital et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Leo Van Beck, Respondent, against Allied Cleaning Contractors, Inc., et al., Appellants, and State Insurance Fund, Respondent. State Industrial Board, Respondent. In the Matter of the Claim of William Saunders, Respondent, against Allied Cleaning Contractors, Inc., et al., Appellants, and State Insurance Fund, Respondent. State Industrial Board, Respondent. In the Matter of the Claim of Harry DeBree, Respondent, against Allied Pneumatic Service Company et al., Appellants, and State Insurance Fund, Respondent. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Walter B. Thomas, Respondent, against Fisher Body Corporation et al., Appellants. State Industrial Board, Respondent.— All concur.

In the Matter of the Claim of J. Nelson Abrams, Appellant, against County of Albany et al., Respondents. State Industrial Board, Respondent.—